JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
E-Mail:  john.burris@johnburrislaw.com

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486  41st Street, # 3
Oakland, CA 94609
Telephone and Facsimile:  (510) 420-0324
E-Mail:   glibet@sbcglobal.net

Attorneys for Plaintiff

JOHN F. FLEGEL, Esq./ State Bar # 57010
NICOLAS A. FLEGEL, Esq./ State Bar # 229360
JORGENSON, SIEGEL, McCLURE & FLEGEL, LLP
1100 Alma Street, Suite 210
Menlo Park, CA 94025
Telephone: (650) 324-9300
Facsimile:  (650) 324-0227
E-Mail:  jlf@jsmf.com; naf@jsmf.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER MILLER and BETTY MILLER, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF MENLO PARK, a governmental entity; RAY SAMUELS, in his capacity as Interim Chief of Police for CITY OF MENLO PARK; JEREMY FOY and DOES 1-25, individually, and in their capacity as police officers for CITY OF MENLO PARK, <br><br> Defendants. | No. C-11-00543-CW <br><br> **STIPULATION AND (~~PROPOSED~~) ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

**STIPULATION AND ~~PROPOSED~~ ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**
No. C-11-00543-CW

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-entitled action, by and through their respective counsel, as follows:

1. Plaintiffs shall amend their original Complaint in this action to name defendants in substitution for defendant DOES, as follows:

    A.  In substitution for defendant DOE 1:   CRISTELA SOLORZANO;

    B.  In substitution for defendant DOE 2:   MATTHEW ORTEGA;

    C.  In substitution for defendant DOE 3:   RON VENZON; and,

    D.  In substitution for defendant DOE 4:   SCOTT MACKDANZ;

2. By entering into this Stipulation, defendants do not waive any defenses that they have to the claims in the Complaint, and do not admit any allegations in the Complaint.  Moreover, by entering into this Stipulation, defendants do not admit that any of the individual officers to be named as defendants engaged in any of the conduct attributed to them in the Complaint;

3. Plaintiffs attach hereto their proposed First Amended Complaint as **Exhibit 1**.  This First Amended Complaint has been reviewed and approved by defense counsel; and,

4. That as soon as the Court issues the Order approving this Stipulation, and the parties are notified by E-mail from the Court, plaintiffs may then personally file and E-file the First Amended Summons and First Amended Complaint, that same day, or the next day, even if such date is after July 5, 2011, which is the Court's designated last date to add new parties to this action.

///

///

///

Respectfully submitted,

LAW OFFICES OF GAYLA B. LIBET

Dated: July 5, 2011     By: */s/ Gayla B. Libet*
                           GAYLA B. LIBET, Esq.
                           Attorneys for Plaintiffs


LAW OFFICES OF JOHN L. BURRIS

Dated: July 5, 2011     By: */s/ John L. Burris*
                           JOHN L. BURRIS, Esq.
                           Attorneys for Plaintiffs


JORGENSON, SIEGEL, McCLURE & FLEGEL, LLP

Dated: July 5, 2011     By: */s/ Nicolas A. Flegel*
                           NICOLAS A. FLEGEL, Esq.
                           Attorneys for Defendants


### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:  **7/7/2011**                          _____
                                              HONORABLE CLAUDIA WILKEN
                                              United States District Court Judge

---

**STIPULATION AND ~~PROPOSED~~ ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**
No. C-11-00543-CW

3