# UNITED STATES DISTRICT COURT
## Northern District of California
### Oakland Division

| | |
|---|---|
| CHESTER MILLER,<br>      Plaintiff, | No. C 11-0543 CW |
| v. | **ORDER RE: ATTENDANCE** |
| CITY OF MENLO PARK, ET AL.,<br>      Defendant. | Date:        September 27, 2011<br>Mediator:   Michael Bien |

IT IS HEREBY ORDERED that the request to excuse named defendants Ray Samuels, Jeremy Foy, Christela Solorzano, Matthew Ortega, Ron Venzon and Scott Mackdanz from appearing in person at the September 27, 2011, mediation before Michael Bien is GRANTED. These individuals shall be available on telephone standby at all times to participate in the mediation.

IT IS SO ORDERED.

September 13, 2011          By:   *Elizabeth D. Laporte*
Dated                                         Elizabeth D. Laporte
                                                United States Magistrate Judge