**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| CHESTER MILLER,<br>    Plaintiff, | No. C 11-0543 CW |
| v. | **ORDER RE: ATTENDANCE** |
| CITY OF MENLO PARK, ET AL.,<br>    Defendant._____/ | Date:     September 27, 2011<br>Mediator: Michael Bien |

IT IS HEREBY ORDERED that the request to excuse named defendants Ray Samuels, Jeremy Foy, Christela Solorzano, Matthew Ortega, Ron Venzon and Scott Mackdanz from appearing in person at the September 27, 2011, mediation before Michael Bien is GRANTED. These individuals shall be available on telephone standby at all times to participate in the mediation.

IT IS SO ORDERED.

September 13, 2011          By: *[signature]*
Dated
                                                    Elizabeth D. Laporte
                                                    United States Magistrate Judge