1   WILLIAM L. McCLURE (83743)
    JOHN L. FLEGEL (57010)
2   NICOLAS A. FLEGEL (229360)
    JORGENSON, SIEGEL,
3   McCLURE & FLEGEL, LLP
    1100 Alma Street, Suite 210
4   Menlo Park, CA 94025
    Telephone:   (650) 324-9300
5   Facsimile:    (650) 324-0227

6   Attorneys for CITY OF MENLO PARK, RAY SAMUELS,
    JEREMY FOY, CRISTELA SOLORZANO, MATTHEW
7   ORTEGA, RON VENZON and SCOTT MACKDANZ

8                  UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10

11  CHESTER MILLER and BETTY MILLER,        CASE NO:  C 11-00543 CW

12          Plaintiffs,

13      vs.                                 **STIPULATION REGARDING
                                            PLAINTIFFS' VOLUNTARY DISMISSAL
14  CITY OF MENLO PARK, a governmental      OF CERTAIN COUNTS IN THE FIRST
    entity; RAY SAMUELS, in his capacity    CAUSE OF ACTION AND DISMISSAL OF
15  as Interim Chief of Police for CITY OF  THE SECOND CAUSE OF ACTION**
    MENLO PARK; JEREMY FOY;
16  CRISTELA SOLORZANO; MATTHEW
    ORTEGA; RON VENZON; SCOTT
17  MACKDANZ; and DOES 5-25,
    individually, and in their capacity as police
18  officers for CITY OF MENLO PARK,

19          Defendants.
    _____/
20

21

22          The parties to this lawsuit, Plaintiffs, CHESTER AND BETTY MILLER,("Plaintiffs"),

23  and Defendants, OFFICERS RAY SAMUELS, JEREMY FOY, CRISTELA SOLORZANO,

24  MATTHEW ORTEGA, RON VENZON, SCOTT MACKDANZ and the CITY OF MENLO

25  PARK, ("Defendants"), hereby stipulate and agree that Plaintiffs shall voluntarily dismissing

26  the following:

27          First Cause of Action: Plaintiffs hereby waive and dismiss the following counts in

28  their first cause of action seeking relief under 42 U.S.C. §1983:  (1) 4th Amendment claim for

1  wrongful search and seizure as it pertains to the Plaintiffs' claims that the Officer Defendants

2  were required to have a search warrant to enter Plaintiffs' house and search the bedroom of

3  Plaintiffs' grandson, Dennis Miller; and (2) 14th Amendment claim for equal protection/ racial

4  discrimination by Plaintiffs.

5        Second Cause of Action:  Plaintiffs hereby waive and dismiss the second cause of

6  action against the City of Menlo Park and Ray Samuels, alleging that the actions of the

7  officers were pursuant to a policy, regulation, custom or usage of the City.  (*Monell v. Dept.*

8  *of Social Services of City of New York* (1978) 436 U.S. 658, 690-1).

9        Therefore, it is the understanding of the parties that the remaining cause of action

10 in the First Amended Complaint will be against Officer Defendants, Foy, Solorzano, Ortega,

11 Venzon, and Mackdanz, for the allegations of the use of excessive force and false

12 imprisonment of the Plaintiffs.

13       The above is stipulated and agreed by the parties.

14

15 Dated:  December 15, 2011            LAW OFFICES OF JOHN L. BURRIS

16

17                                  By: _____/s/_____

18                                  JOHN L. BURRIS, Esq.
                                    Attorneys for Plaintiffs

19                                  CHESTER MILLER and BETTY MILLER

20

21 Dated:  December 15, 2011            JORGENSON, SIEGEL,
                                    McCLURE & FLEGEL, LLP

22

23

24                                  By: _____/s/_____
                                    John L. Flegel

25                                  Attorneys for CITY OF MENLO PARK, RAY
                                    SAMUELS, JEREMY FOY, CRISTELA

26                                  SOLORZANO, MATTHEW ORTEGA, RON
                                    VENZON and SCOTT MACKDANZ

27

28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Claudia Wilken

1

## <u>CERTIFICATE OF SERVICE</u>

2

3 When All Case Participants are Registered for the Northern District's CM/ECF System

4

5 I hereby certify that I electronically filed the **STIPULATION REGARDING**

6 **PLAINTIFFS' VOLUNTARY DISMISSAL OF CERTAIN COUNTS IN THE FIRST CAUSE OF**

7 **ACTION AND DISMISSAL OF THE SECOND CAUSE OF ACTION** on behalf Defendants

8 CITY OF MENLO PARK, RAY SAMUELS, JEREMY FOY, CRISTELA SOLORZANO,

9 MATTHEW ORTEGA, RON VENZON and SCOTT MACKDANZ, with the Clerk of the Court

10 for the United States District Court for the Northern District of California, Oakland Division by

11 using the Northern District's CM/ECF system on December 15, 2011.

12 I certify that all participants in the case are registered CM/ECF users and that service

13 was accomplished by the CM/ECF system to email addresses:

14 Gayla B. Libet:      glibet@sbcglobal.net

15 John L. Burris      john.burris@johnburrislaw.com

16                      arlene.branch@johnburrislaw.com

17                      jlblawoffice@gmail.com

18                      max.johnson@johnburrislaw.com.

19

20                      _____/ s /_____
                        Nicolas A. Flegel

21

22

23

24

25

26

27

28