```
WILLIAM L. McCLURE (83743)
JOHN L. FLEGEL (57010)
NICOLAS A. FLEGEL (229360)
JORGENSON, SIEGEL,
McCLURE & FLEGEL, LLP
1100 Alma Street, Suite 210
Menlo Park, CA 94025
Telephone:  (650) 324-9300
Facsimile:   (650) 324-0227
```

Attorneys for CITY OF MENLO PARK, RAY SAMUELS, JEREMY FOY, CRISTELA SOLORZANO, MATTHEW ORTEGA, RON VENZON and SCOTT MACKDANZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHESTER MILLER and BETTY MILLER,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF MENLO PARK, a governmental entity; RAY SAMUELS, in his capacity as Interim Chief of Police for CITY OF MENLO PARK; JEREMY FOY; CRISTELA SOLORZANO; MATTHEW ORTEGA; RON VENZON; SCOTT MACKDANZ; and DOES 5-25, individually, and in their capacity as police officers for CITY OF MENLO PARK,<br><br>    Defendants.<br>_____/ | CASE NO:  C 11-00543 CW<br><br>**STIPULATION REGARDING PLAINTIFFS' VOLUNTARY DISMISSAL OF CERTAIN COUNTS IN THE FIRST CAUSE OF ACTION AND DISMISSAL OF THE SECOND CAUSE OF ACTION** |

The parties to this lawsuit, Plaintiffs, CHESTER AND BETTY MILLER,("Plaintiffs"), and Defendants, OFFICERS RAY SAMUELS, JEREMY FOY, CRISTELA SOLORZANO, MATTHEW ORTEGA, RON VENZON, SCOTT MACKDANZ and the CITY OF MENLO PARK, ("Defendants"), hereby stipulate and agree that Plaintiffs shall voluntarily dismissing the following:

First Cause of Action: Plaintiffs hereby waive and dismiss the following counts in their first cause of action seeking relief under 42 U.S.C. §1983:  (1) 4th Amendment claim for

wrongful search and seizure as it pertains to the Plaintiffs' claims that the Officer Defendants were required to have a search warrant to enter Plaintiffs' house and search the bedroom of Plaintiffs' grandson, Dennis Miller; and (2) 14th Amendment claim for equal protection/ racial discrimination by Plaintiffs.

<u>Second Cause of Action</u>:  Plaintiffs hereby waive and dismiss the second cause of action against the City of Menlo Park and Ray Samuels, alleging that the actions of the officers were pursuant to a policy, regulation, custom or usage of the City.  (*Monell v. Dept. of Social Services of City of New York* (1978) 436 U.S. 658, 690-1).

Therefore, it is the understanding of the parties that the remaining cause of action in the First Amended Complaint will be against Officer Defendants, Foy, Solorzano, Ortega, Venzon, and Mackdanz, for the allegations of the use of excessive force and false imprisonment of the Plaintiffs.

The above is stipulated and agreed by the parties.

Dated: December 15, 2011            LAW OFFICES OF JOHN L. BURRIS

                                    By: _____/s/_____
                                        JOHN L. BURRIS, Esq.
                                        Attorneys for Plaintiffs
                                        CHESTER MILLER and BETTY MILLER


Dated: December 15, 2011            JORGENSON, SIEGEL,
                                    McCLURE & FLEGEL, LLP

                                    By: _____/s/_____
                                        John L. Flegel
                                        Attorneys for CITY OF MENLO PARK, RAY
                                        SAMUELS, JEREMY FOY, CRISTELA
                                        SOLORZANO, MATTHEW ORTEGA, RON
                                        VENZON and SCOTT MACKDANZ

*IT IS SO ORDERED*
/s/ Claudia Wilken
Judge Claudia Wilken

# CERTIFICATE OF SERVICE

When All Case Participants are Registered for the Northern District's CM/ECF System

I hereby certify that I electronically filed the **STIPULATION REGARDING PLAINTIFFS' VOLUNTARY DISMISSAL OF CERTAIN COUNTS IN THE FIRST CAUSE OF ACTION AND DISMISSAL OF THE SECOND CAUSE OF ACTION** on behalf Defendants CITY OF MENLO PARK, RAY SAMUELS, JEREMY FOY, CRISTELA SOLORZANO, MATTHEW ORTEGA, RON VENZON and SCOTT MACKDANZ, with the Clerk of the Court for the United States District Court for the Northern District of California, Oakland Division by using the Northern District's CM/ECF system on December 15, 2011.

I certify that all participants in the case are registered CM/ECF users and that service was accomplished by the CM/ECF system to email addresses:

Gayla B. Libet:     glibet@sbcglobal.net

John L. Burris     john.burris@johnburrislaw.com

arlene.branch@johnburrislaw.com

jlblawoffice@gmail.com

max.johnson@johnburrislaw.com.

_____/ s /_____
Nicolas A. Flegel