IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER MILLER; and BETTY MILLER,<br><br>    Plaintiffs,<br><br>  v.<br><br>JEREMY FOY; CRISTELA SOLORZANO; MATTHEW ORTEGA; RON VENZON; and SCOTT MACKDANZ,<br><br>    Defendants.<br>_____/ | No. C 11-543 CW<br><br>ORDER ON MOTIONS IN LIMINE AND EVIDENTIARY OBJECTIONS |

The Court issues the following rulings on the parties' motions in limine and evidentiary objections:

PLAINTIFFS' MOTIONS IN LIMINE

1. Motion to exclude evidence of, and argument related to, Chester Miller's prior arrests and convictions.

GRANTED. Defendants may move to admit evidence of Mr. Miller's prior encounters with the Menlo Park Police Department, if it becomes relevant for impeachment.

2. Motion to exclude evidence of, and argument related to, Dennis Miller's prior arrests and convictions.

GRANTED. Defendants may state that they went to the Miller home to investigate Dennis Miller in relation to a residential burglary in which a gun was taken. Defendants may move to admit evidence that Dennis Miller was on probation with a search clause, if it becomes relevant.

3. Motion to exclude evidence of, and argument related to, Chester Miller's arrest and conviction in this incident.

GRANTED in part, DENIED in part. The facts that Mr. Miller was arrested and that he plead guilty to disturbing the peace are admitted.

4. Motion to exclude evidence of, and argument related to, Plaintiffs' medical records.

DENIED. Plaintiffs' medical records are admissible under the business records exception to the hearsay rule, provided that Defendants provide a proper foundation for their admissibility or the parties stipulate to the authenticity of the documents. Statements contained within the medical records are not admissible unless they qualify for another hearsay exception or are not hearsay. Plaintiffs' statements for the purposes of medical diagnosis are admissions and are non-hearsay pursuant to Federal Rule of Evidence 801(d)(2).

## DEFENDANTS' MOTIONS IN LIMINE

1. Motion to preclude references to claims that Plaintiffs previously dismissed from this lawsuit.

GRANTED. Plaintiffs do not oppose this motion.

2. Motion to preclude references to Plaintiffs' medical expenses or financial damages, including physical injuries to Betty Miller.

GRANTED in part, DENIED in part. Plaintiffs may introduce evidence of physical injuries to Betty Miller, and Defendants may use her deposition testimony for impeachment. Because Plaintiffs have waived their requests for special damages, Plaintiffs are not permitted to introduce evidence related to their medical expenses or financial damages.

3. Motion to preclude any reference to another lawsuit in which Officer Ron Venzon is a defendant.

GRANTED. Plaintiffs do not oppose this motion.

## EVIDENTIARY OBJECTIONS

The Court reserves ruling on the parties' evidentiary objections, except as follows. The reports prepared by the parties' experts will not be admitted into evidence; however, the experts will be permitted to testify and the parties may use their reports to impeach them. Similarly, deposition transcripts of available witnesses will not be admitted into evidence, but may be used for impeachment.

IT IS SO ORDERED.

Dated: 5/10/2012

CLAUDIA WILKEN
United States District Judge

3